UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JULIE BENTON, et al.,

    Plaintiffs,

v.                              Case No. 8:08-cv-1642-T-30TBM

KTK & ASSOCIATES, INC.,

    Defendant.
_____/

**ORDER OF DISMISSAL**

    Before the Court is the Joint Stipulation for Dismissal With Prejudice (Dkt. #5). In accordance with same, it is

    **ORDERED AND ADJUDGED** as follows:

    1.    This cause is dismissed with prejudice.

    2.    All pending motions are denied as moot.

    3.    The Clerk is directed to close this case.

    **DONE** and **ORDERED** in Tampa, Florida on November 25, 2008.

*/s/ James S. Moody, Jr.*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2008\08-cv-1642.dismissal 5.wpd